UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

---

PAUL KISSELBRACK,

        Plaintiff,

v.

LAWRENCE P. KRATKA;
VOX MEDIA CORPORATION; a/k/a VOX RADIO GROUP, LP.
a/k/a VOX COMMUNICATIONS, LLP. and/or VOX
COMMUNICATIONS, LLC.; a Massachusetts corporation
and/or limited liability partnership,

        Defendants.

**VERIFIED COMPLAINT**
C.A. NO.:
JURY TRIAL DEMANDED

---

The plaintiff, Paul Kisselbrack, by and through his attorney Carrie McLoughlin Noll of Breedlove & Noll, LLP as and for his verified Complaint against the defendants herein, and each of them, states as follows:

## INTRODUCTION

1.    Plaintiff brings this action seeking both compensatory and punitive damages from defendants, and each of them, for slander, libel, defamation for an amount in excess of $5,000,000.00 with interest, costs and attorneys fees as permitted by law.

## PARTIES

2.    Plaintiff is a resident of Columbia County, New York residing at 417 Overlook Drive, Hillsdale, New York.

-2-

3. Defendant, Lawrence P. Kratka, upon information and belief, was, and is, at all material times hereto a resident and domiciliary of the State of Massachusetts residing at 188 Dalton Avenue, Pittsfield, Massachusetts.

4. That, upon information and belief, defendant, Vox Media Corporation a/k/a, Vox Radio Group, LP a/k/a Vox Communications, LLP. and/or Vox Communications, LLC, (hereinafter collectively referred to as "Vox") is, and are, affiliated and/or subsidiary corporations and/or other business organizations existing under the laws of the State of Massachusetts jointly and severely doing business in radio broadcasting under the foregoing names in Massachusetts and broadcasting programs from Massachusetts into Connecticut and New York with a principal place of business at 211 Jason Street, Pittsfield, Massachusetts.

## JURISDICTION AND VENUE

5. Jurisdiction is conferred on this Court, pursuant to 28 U.S.C. § 1332(a) because Plaintiff and Defendants are of diverse citizenship and the amount in controversy is in excess of the sum or value of $5,000,000.00 exclusive of interests and costs.

6. That Venue is proper in this Judicial District, pursuant to 28 U.S.C. § 1391(a) (1) and (2) because defendants reside in this Judicial District and actions upon which these claims are based took place in this District.

## STATEMENT OF FACTS

7. That at all material times hereto defendant Lawrence P. Kratka was, and is, an employee, agent and/or representative of the defendants Vox Media Corporation a/k/a, Vox Radio Group, LP a/k/a Vox Communications LLP and/or Vox Communications, LLC, as the News Director for various radio stations owned and operated by Vox, including but, not limited

-3-

to, WUPE-WBEC-WNAW-WSBS-WTBR and the Host of a program known as "Upfront" which purports to be a news/information program which was regularly broadcast on the aforesaid radio stations and is published to a large audience in several states including Massachusetts, Connecticut and New York.

8. That at all material times hereto defendant Lawrence P. Kratka was acting in his capacity as an agent, representative and/or employee of defendant Vox for which the defendants Vox are liable.

9. That at all material times hereto Vox controlled, managed, operated and broadcast as a licensed radio station known as WUPE-WBEC-WNAW-WSBS-WTBR and broadcasting programs from 211 Jason Street, Pittsfield, Massachusetts and/or 425 Stockbridge Road, Great Barrington, MA 01230.

10. That WSBS claims to be, and is, the primary source of news and information for local residents serving over 200,000 people in the Tri-State Berkshire area which includes Columbia County and other areas in the eastern part of the State of New York as well as portions of Massachusetts and Connecticut.

11. That plaintiff is a retired police officer having retired from the City of Hudson police department State of New York.

12. That, upon information and belief, on February 22, 2013 as well as on other occasions, defendants Vox, by and through their agent, representative, employee, program host and/or news director, defendant Kratka broadcast a program entitled "Upfront" with a guest known as Michael Moore.

-4-

13. That during the course of the above referenced broadcast defendant Kratka states and claims to have "had the pleasure of working with this fella (Moore) on a 'story' we did on WSBS in Great Barrington …..about a lynching". The so-called "story" was about a claimed "lynching" of Lamar Autery on or about October 9, 1983.

14. That a true and correct transcript of the content of the "Upfront" program is attached hereto as Exhibit "A" which is incorporated herein by reference as if fully set forth.

15. That the program broadcast on February 22, 2013, included slanderous, libelous, and defamatory statements, claims, allegations, comments and conversation between defendant Kratka and Michael Moore which are set forth in Exhibit "A" and, upon information and belief, other occasions is and has been rebroadcast and/or republished on a daily basis to this date on a website with the permission and authority of the defendants Kratka and Vox.

16. That defendant Kratka slandered, libeled and defamed the plaintiff herein by broadcasting and re-broadcasting the defamatory statements about the plaintiff as set forth at length in Exhibit "A" herein.

17. That Exhibit "A" and the publication and/or broadcast of the content thereof were, and are, libelous, slanders and/or defamatory per se in that the statements made therein falsely accuse the plaintiff, Paul Kisselbrack, by name and/or by reference, of multiple crimes and/or despicable acts including but not limited to: Murder; Conspiracy and other criminal violations of the Federal and State Civil Rights laws; Conspiracy to commit Murder; Sale of drugs and Conspiracy to sell drugs; acts of Domestic Terrorism; Violation of his oath as a police officer by participation in an act of Domestic Terrorism and Lynching; Rape; engaging in sex with prostitutes; running a prostitution ring; Racketeering; stealing drugs, Official Misconduct

and other myriad criminal acts. Defendants state, claim and allege that plaintiff engaged in racist misconduct and was a "dirty cop" eventually thrown off the force. The defamatory comments complained of herein are more particularly set out in Exhibit "A". Each and every malicious statement and allegation set forth herein and in Exhibit "A" is false and the defendants knew or should have known that they were false and unsubstantiated in any way.

18. That during the course of this program defendant Kratka claimed to have worked on this "story" with the Michael Moore and therefore adopted, ratified and/or promoted said "story" as if it were verified, investigated and in some way proven true by defendant Kratka who was at all times acting for defendants Vox.

19. That the statements made by defendant Kratka in the broadcast and those made by defendant Moore which were adopted and/or ratified by defendant Kratka and Vox as part of the "story" they were working on together were made and published by defendant Kratka and defendant Vox in a negligent, malicious, reckless and/or grossly irresponsible manner without due consideration for the standards of information gathering and dissemination ordinarily followed by broadcasters. Defendant Kratka and defendant Vox disregarded a risk that the statements were false and the disregard thereof was a substantial departure from accepted standards and practices for information gathering and verification followed by responsible broadcasters.

20. That upon information and belief the above broadcast was published to more than 200,000 citizens including citizens in the tri-state area including Massachusetts, Connecticut and New York including the community of the City of Hudson and the County of Columbia and surrounding areas on each and every occasion that it was broadcast and/or rebroadcast.

-6-

21. That as a result of the broadcast of these slanderous, libelous, and defamatory statements, claims, allegations, comments and conversation as set forth herein plaintiff was caused to be held up to public ridicule, contempt, hatred, and disgrace and his reputation was otherwise damaged and in addition said statements were defamatory per se.

22. That as a direct and proximate result of the dissemination of the defamatory comments referenced herein, the plaintiff has been damaged in his reputation, suffered mental anguish and distress, humiliation, embarrassment, public ridicule, contempt and other actual and general damages in an amount in excess of $5,000,000.00.

23. That "VOX" is liable for defamatory statements made by defendant Kratka in the course and scope of defendant Kratka's employment. Defendants Vox are also liable for the statements of defendant Moore as defendant Vox facilitated and permitted the statements complained of herein and was, in fact, a participant in creating and publishing this false "story" replete with false statements, claims and allegations through its news director defendant Kratka. Plaintiff is entitled to damages therefore and has sustained actual damages in an amount in excess of $5,000,000.00.

24. That the defendant Kratka and defendants VOX knew, or in the exercise of reasonable care should have known that the false statements, claims and allegations complained of herein were in fact false and made no effort to determine the truth or falsity of same with callous disregard for the truth or falsity of same and the damage and injury to the plaintiff that would result therefrom.

25. That the defendants and each of them should be assessed punitive damages by way of example for their reckless disregard of the truth, gross negligence, criminal indifference

-7-

to the rights of the plaintiff herein in making defamatory comments and publishing same over a radio broadcast reaching hundreds of thousands of people in an amount in excess of $5,000,000.00.

**WHEREFORE,** the plaintiff prays judgment as follows:

a. Against defendant Kratka for general, actual and compensatory damages an amount in excess of $5,000,000.00;

b. Against the defendants VOX and each of the affiliated, subsidiary, associated corporations and/or business organizations in an amount in excess of $5,000,000.00.for general, actual and compensatory damages;

c. For punitive damages against each of the defendants named herein in an amount in excess of $5,000,000.00

DATED:     January 30, 2014

                                            Carrie McLoughlin Noll, Esq.
                                            BAR ROLL NO. 559841
                                            Breedlove & Noll, LLP
                                            Attorneys for Plaintiff
                                            10 Maxwell Drive, Suite 105
                                            Clifton Park, New York 12065
                                            (518) 383-9400

## **VERIFICATION**

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF SARATOGA  )

PAUL KISSELBRACK, being, duly sworn, deposes and says:

That he is acquainted with the facts and circumstances of the above-entitled proceeding, that he has read the foregoing verified complaint and knows the contents thereof; that the same is true to his own knowledge except as to those matters therein stated to be alleged upon information and belief, and that as to those matters he believes it to be true.

_____
PAUL KISSELBRACK

Sworn to before me this
31st day of January, 2014.

_____
Notary Public

PATRICE M. FOSSETT
Notary Public, State of New York
Qualified in Saratoga County
No 4938753
Commission Expires _____2/25/14____

Exhibit A

It's time for the award winning talk show Upfront with your host Larry Kratka

Good Morning and welcome to Upfront. Well, this is black history month and we've been doing some programs here about black history, we talked about Samuel Harrison here in Pittsfield, oh sure he was a minister, political activist that kind of thing. He lived in Pittsfield. His house is still here in Pittsfield, he lived here from, well he lived from 1818 to 1900 he didn't live in Pittsfield all his life. We have talked about Martin Luther King, who hasn't, I mean that is the best thing you could do, we've talked about W.E.B. Debois down in Great Barrington, W.E.B. Debois in Great Barrington, but today what we're going to be talking about is something a little darker and there's no pun intended here. But we're going to be talking to a fellow by the name of Michael Elliott Moore who I've had the pleasure of working on a special story about the topic we're going to be talking about today. Michael good morning, and welcome to Upfront

Michael: Good Morning thank you for having me.

Larry: Um, you and I did a story, and I...it's hard to believe but it was like last year some time, we did a story, you brought it to my attention about um, the actual lynching, now get this folks, lynching of a fella in, in um...

Michael: Hudson, NY

Larry: Hudson, NY, yeah Hudson, NY. You brought this to my attention, we did this, we did a couple of special stories on it for our station in south county and then you got a hold of me a little while ago and you sent a letter to President, Barack Obama about the lynching in Hudson, NY, so why don't....first of all why don't ya give us a little background about that lynching, when it happened and all that stuff and then we'll talk about the letter to the President.

Michael: Right, you know, I thought it might be good if I also give a little preface about my family history, but the letter from Barack Obama, I sent an email to Barack Obama, I sent an email to the Vice President and email to um the head of the Education Department and it got posted online on Congress.org anybody can look it up if they just Google, but they have to go to Google and Google lynching in Hudson, NY and just scroll down you'll see the letter to President Obama, lynching in Hudson. What happened was um...Mr. Autery, Lamar Autery was a man who lived in Hudson and was summarily hung on a tree on October 9, 1983.

Larry: Now wait, what, I wanna, I wanna, Michael, I wanna go back because some people may say what, wait a minute maybe you got the date wrong 1983? Were talking...., ya know you hear about these, sometimes you think these things happen in maybe 1883 or 1783, were talking about 1983, that's, that's amazing.

1

Michael: Yeah right, he was one of five African Americans that were hung, what happened was in the 70's there were three African American males including Jerome Vincent and two other males that were hung at the jails behind the Columbia Court House, um there used to be a jail system there and they were hung there and it was called a suicide. Mr. Autery was hung in 1983 that was called a suicide, there was the hanging death of a black woman in the city jail that was called a suicide and there was a hanging of a white male on Fourth Street with his hands tied behind his back in 1986 and that was called a suicide.

Larry: Now this is all, this is all happening in Hudson, NY

Michael: This is all happening in Hudson, NY, the problem is at the time um, Jimmy Dolan, uhm...Francis Abitabile, uhm...Paul Kisselbrack, police officer Colfer, uhm...Duffy whose real name is Arland Friss and uhm...Larry Walker were police officers and Michael Super. They were police officers in Hudson and they were rather dirty police officers according to records coming from the um, trial of Jimmy Dolan. Jimmy Dolan was thrown off the Force in 1990, 1991 um Colfer was thrown off the force, Larry Walker was thrown off the force Arland Friss went to prison, uhm...Abitabile allegedly was forced to retire because of a sting operation to prostitution and when he left the police force he went on to become head of security at the local Hudson City School District where in 2004, 2005 he separated a biracial child's shoulder which was covered up. The mother tried to go to the police, they refused to do anything about it and now he's been elected a judge in the Town of Greenport where I live in and which is right outside the suburb of Hudson. The problem is, is that we have a lot of dirty things that have happened in the past and I moved up from the city. I lived in downtown Brooklyn for the last 22 years before we bought the house in 2003 and a...I lived right across the water, I actually saw from my living room window the second plane go in and hit the World Trade Center.

Larry: Wow...

Michael: I lived in, I lived, I saw it. I remember my wife went to work that day, it was a clear, blue skied day, on Tuesday and a...we saw the first plane, I saw that on MSNBC when I looked out my window I was watching the second plane went in and literally when your across the water by Clinton Hill and Brooklyn Heights the people were jumping out of the buildings because they did not want to burn to death. It was just horrific...

Larry: Hmm...

Michael: ...and I never had any problems with the respiratory elements whatsoever but after that and with all the air your know flying over from NY to Brooklyn and I have to pass the site because I was driving up to Carmel every day and then passing by, I caught pneumonia twice..

Larry: Hmm...

2

Michael: ...so I know that it was you know it was really severe.

Larry: Yeah...ya see

Michael: ...but getting back to Hudson.

Larry: Yeah...

Michael: Here we have an act of domestic terrorism because remember when you're a police officer you take an oath to defend the constitution against all enemies foreign and domestic. And when you violate that oath, it is actually an act of domestic terrorism and domestic treason because you're violating your oath of office. The problem is that everybody knows that these cops were dirty cops, that's not the issue. The problem is that the lynching's happened before they were brought up on other charges. Arland Friss brought in I don't know how much cocaine and crack over the Rip Van Winkle Bridge and all of the other police officers disvalued this guy and said that he was doing it on his own. And the witnesses that we have spoken to have told us that he was bringing these drugs in for the police department. And we know that allegedly we have the um, the head of the police department which was Chief of Police was James Dolan and his name was James "Fingers" Dolan and one of my neighbors across the street told me that the way he got the middle name "Fingers" is that when he was a kid he used to rob five and dime stores.

Larry: Huh...

Michael: Paul Kisselbrack who was one of the police officers that I interviewed told me that Jimmy Dolan as a teenager used to throw cats and kittens into paper bags and through them off live off the Rip Van Winkle Bridge, scream in laughter.

Larry: Nice guy.

Michael: This is the guy they make Chief of Police.

Larry: Yeah, nice guy

Michael: Nice guy, so when you read the letter you'll see that I brought up to the attention of the current Lieutenant, his name is Lieutenant Paolino, Richard Paolino and I tried to get in touch with him for over a year, he just refused to talk to me and finally I spoke to one of his aides and I said, one of the undercover guys, I said I'm coming in to see you. When I went to see him, I told him everything that happened as far as the lynching and I said, your name was also brought up because witnesses have stated that you had sex with under-aged girls and that you were distributing drugs along with Kisselbrack behind the boys club. We were in a back room of the police station, he grabbed me by my neck punched me in my back and through me into the

first part of the police station where I immediately went to my car called my cousin who works out of the Washington Field Office, went back inside called the FBI in Albany, let, put it on speaker phone so that they heard that I was calling the FBI, when we made a police report and tried to bring charges the person who took the report was Lieutenant Polino which is absolutely Ludacris and surreal because how can somebody who did the crime expect him to do an investigation on himself...(laughing).

Larry: In case you, I know that is strange, In case you're just tuning in gang, we're talking with Michael Elliott Moore who wrote a letter to President Barack Obama back in November its uhm...dated Tuesday, November 9th if I'm correct and he sent.

Michael: It was dated 2010. What happened was we had sent it off by email, uhm...a couple of times and then finally after um talking to different Congressmen it was posted on Congress.org and right now, I was going to go into my family history, right now um there's a guy by the name of Dan Duster, Dan Duster is the great grandson of Ida B. Wells who helped with a you know the underground railroad and slavery.

Larry: uhm...

Michael: My great, great grandfather was William Lucius Hunter; William Lucius Hunter was the third black graduate to go to Buffalo Medical School, worked with Ida B. Wells and started the Anti-Lynching Society. And on the Anti-Lynching Society was the executive, on the executive committee was Frederick Douglas, so my great, great grandfather who was a Medical Doctor he was a minister in Wilmington, North Carolina. And when they started to burn the black churches he traveled and migrated to Brooklyn where he became uhm...Minister at the Bridge Street Church, which is a famous a church in downtown Brooklyn and he went off to ah...Buffalo and they thought that he was going to get his degree in divinity but he got his medical degree. He came back to downtown Brooklyn, he lived three blocks from where my apartment was in downtown uhm...Brooklyn and he practiced until his death in 1915. Uhm....the problem is that it's surreal that the great great, the great grandson of Ida B. Wells and my great great grandfather worked together. Now Dan Duster is a motivational speaker in downtown Chicago knows the President, has been a motivational speaker and what we asked him to do was, when he saw the letter, we asked him to get that letter to Rahm Emanuel who used to be on President Obama's team on his cabinet and then pass it on right before the President to make sure that it actually goes before the President's desk.

Larry: Okay, Hey...

Michael: We are trying to cover

Larry: Yeah, go ahead....

4

Michael: What we're trying to cover all bases here and the main thing to realize is that in my family history we're talking about on my grand, on my father's side, my grandmother's grandfather was the Minister and the Doctor who was the third black graduate to go to Buffalo Medical School. On my father's side, my uhm...my great, great grandfather was an Indian Prince from the uhm...Appalachia Collier Seminole Tribe in Florida. On my mother's side my grandfather, my mother's father, my grandfather, his parents were from Berlin, Germany and bi-racial and black. And on my mother's, mother's side she is related to uhm...let's see my great grandmother, on my mother, my grandmother's father he was Irish and Scottish and she was actually raised in a private school in Jamaica and became a teacher; but when she came here I guess in the 20's or so she had to wash floors because uh...she was African American.

Larry: Yeah....

Michael: And an interesting story about my mother, my mother was born in a hospital in Regal Park, the same Catholic hospital that I was born in, in Regal Park in 54. But my mother was born in 1931. Ahh...my mother was born with blonde hair, green to hazel eyes or hazel to green eyes and when she was born she was born with white skin and blonde hair.

Larry: Right...

Michael: And obviously the doctors were upset and the nurses that here is a black woman or a biracial woman and a bi-racial man, but he looked white. My grandfather had white hair, he was white skinned he looked German beyond belief.

Larry: Hmm...

Michael: And when they brought, after my mother was born they took the baby back, they washed the baby down, when they brought a baby back to my par, my grandparents, they brought a black baby and they had switched babies. My grandfather and my grandmother protested for about twenty minutes finally they brought my mother back to my grandparents and on her birth certificate until very very late in her life, it stated black Baby Smith instead of Mary Louise Smith. Because they wanted to make sure that she never passed for white.

Larry: Wow...that's a, that's a...that's pretty fascinating. We got to take a break, we're up against that and but, but, I don't know how you keep track

Michael: ...My mother, I'm gonna come back, I'm gonna come back.

Larry: You are....well no don't go away, we're just going go to the break and a you know the crass stuff we gonna listen to, but, what I'm amazed about Michael is, is the fact that you keep track of all this stuff and when we come back we're going to talk more about the letter that you wrote to President Barack Obama and where that letter sits right now, that's what I'd like to

5

know, do you know, has, do you know for a fact that President Obama actually saw it because you know how it is, you send a letter to President Barack Obama there's about a hundred eyes that are gonna see it before he does. So Michael stand by we'll be right back, okay?

Michael: I'm holding on...

Larry: We'll be right back, hang on.

*Advertisements..........*

Larry: By the way some of the hospitals in Berkshire County are now lifting their visiting restrictions because the flu is waning, which is kind of nice. On the phone with me this morning is a Michael Elliott Moore. I've had the pleasure to work with this fella on a story we did on WSBS in Great Barrington actually; it was kind of a special. And it was about a lynching in uhm...of a Lamar Autery, Autery, Autery in 1983, now you say 1983....Hah? Where? In Hudson, NY, not in Alabama, not in anywhere, in Hudson, NY. Which is and the thing is that, and Michael welcome back to the program.

Michael: Thank you.

Larry: (laugh)...The thing is that, that's what fascinates me about this story, you always hear about this stuff could happen in Alabama, I lived in Georgia for a while and I'll tell ya, I saw some stuff down there, I said doesn't anybody know this is happening? I used to see this, well I'm thinking, Georgia, Alabama a...okay, Hudson, NY and you moved from um....New York City, Brooklyn to Hudson, NY because you wanted to get away from New York City, and looked what you walked into.

Michael: What happened was, like I was saying before the break, I, I actually saw the second plane go in from my living room window. We felt the shock, I saw the explosion, it was just horrific.

Larry: Hmm.

Michael: But, we had planned on moving upstate because we just wanted to get, you know a fresher air and everything, and the area is beautiful, I mean it is Columbia County, it's picturesque, it's horse country, there's a lot of musicians up here, Tommy Stinson lives up here he is the base player for GunsN'Roses, the base player for uhm...Smashing Pumpkins lives up here, they just migrated a couple of years ago Helsinki's, I played there last night matter of fact. Helsinki's is now in Hudson, there is a lot of good places that migrated from Great Barrington so there is a lot of good things going on up here, but except for the little fact of lynching's I mean it's a great place to live...

Larry: Yeah I'll tell ya...

Michael:...as long as you don't get lynched from your own tree (laughing)

Larry: Yeah it's a wonderful place, now, now, uhm. (laughing)...but you sent this letter off to President Barack Obama and you sent it off....

Michael: right...

Larry: ....of course by the way if you want to read this letter gang you can just Google this is how you have to Google it, lynching in Hudson, NY that's how you have to Google it and it will come up....uhm....and you could read the whole letter, now one of the things, a Michael is that, and I've, I've tried to communicate with the White House, and as a reporter and as a talk show host, I've gotten nowhere. So you sent off a letter to President Barack Obama do you know for a fact he actually got the letter?

Michael: No what, what happened was I, before I had sent the email out, I had spoken a number of times to representative Lewis, who marched with Martin Luther King, he is a congressmen and marched with King and I spoke to his uhm....his associate, or his head legal person which was uhm...Bowden or Bodin, and after speaking with them several times they uhm....I called the FBI on my behalf here in Albany, NY. I've been up to the FBI probably about 16 times and Paul Holstein is the Chief Counsel of the FBI here and like I said my cousin who works out of the Washington Field Office. What happened was we had some talk from the Washington Field Office, some supervisors called from the Washington Field Office to the Albany Field Office to make sure because we weren't sure if their might have been a blockage in the Albany Field Office cuz we had been bringing these things to their attention. The way we got this online I still don't know. After I had sent the email out, about a month and a half later I was checking the internet and I saw that it was posted on Congress.org because I punched in Lamar Autery and his last name is A U T E R Y and his first name is L A M A R so if you Google Lamar Autery it will also pull up letter to President Obama, you could look it up that way or Lynching in Hudson, NY and Google and just bring it down to letter to President Obama. But the way we are trying to get it before the President's desk to make sure he actually sees it is through Dan Duster who is a motivational speaker who knows the President, knows Rahm Emanuel and we're hoping that when I spoke to him after I spoke to you last week and I spoke to him again a couple of days ago. He's passing it onto Rahm Emanuel who's passing it on to the President.

Larry: Alright...

Michael: We know that within the next two weeks it will get before the President of the United States.

7

Larry: Alright, so if it....

Michael: The problem is...

Larry: If it gets to the President, if it gets to the President, Michael what do you hope the President will do on this? How do you think he'll react?

Michael: Well I'm sure he'll be upset as everybody is; the bureaucracy of things is that you have people covering up. These things happened and the way that they stay covered up is because you have an institutionalized systemically racist society that covers up these actions. With the lynching death of Mr. Autery, the way that it's been able to be kept so quiet is that you've had judges, you've had lawyers, you've had police covering this up. I did an interview with Roger Miner who was federal judge in Hudson, he just died last year. I interviewed him on August 8, 2010 and I said, his name is Roger Miner, I said Roger you were the DA at the time of the three boys who were hung in the city jails, you were the Supreme Court Justice at the time of Mr. Autery's demise hung from a tree and you were the Supreme, the Federal Judge at the time of the white guy who was hung with his hands tied behind his back. I said what, what do you have to say? He said he couldn't recall. And I told him straight out over the phone, I said listen if you lie to the Justice Department and to the Feds the way you lying to me, you're going to go to prison. There is no way that you could not recall a man being hung from a tree that would be indelibly entrenched in my mind for the rest of my life.

Larry: Sure it would....

Michael: Right and I said if you're a Federal Judge, what kind of a Federal Judge are you? He was in the second circuit; you don't remember a man hanging from the tree. Is it that it happened so often that you just disregarded it? And he just didn't know what to say, so after 15-20 minutes we said our goodbyes and a, you know it's, this is the kind of apathetic in this town it's not that people don't know that these cops were dirty. And remember this is all alleged, I mean we know that it's not alleged that Mr. Autery died because he's very dead. It's alleged to the fact that these guys did the crime, but we know that they were dirty cops; we know that they were thrown off the force; we know that there was a lot of things going on. They were having sex with prostitutes, they were running a prostitution ring, they were selling drugs themselves. This was, Hudson is known for years as a dirty prostitution and drug town.

Larry: Okay but what, but what can President Barack Obama do?

Michael: It's cleaned up know. What I'm trying to tell you, if this to give a good word about Hudson, a lot of people will come in from the city and they are looking to make things better. But what I'm hoping the President can do, is the fact that once he sees this we would like the President to do a full, fledged on investigation to bring out the conspiracy that has gone on, the

8

violation of the man's civil rights, and to bring to justice the men that have covered this up. Because it's been a conspiratorial, they've acted in the regal act, you know of racketeering they've covered this up.

Larry: Yeah...

Michael: So we're hoping that the President gets the Justice Department fully in transmits and that we have justice for Mr. Autery, justice for Mr. Vincent and the other you know victims that were all found you know lynched. They did not hang themselves. Nobody walks up to a tree and hangs themselves. I'm sorry, no black man does it especially when witnesses said that right before Mr. Autery died that Jimmy Dolan put a gun to Mr. Autery's head and wanted him to testify against a drug dealer because the police at that time were stealing drugs, were using it for their private consumption and they were also selling it on the streets. And when they, on one particular trial they couldn't go to trial because they had stolen all the drugs and they had to steal more drugs. So this is the kind of situation that was going on at the time. But what we're looking for is for justice. We can't, as I said to you once before, in our interview last year, you can't change somebody's perception of reality you have to educate that person so that they want to change their perception of reality and they get to know what they're doing is wrong. The problem here is that we have a pathological arrogance of people that feel that they can do anything they want at any time and they can't. Not in the United States and if they want to practice law enforcement anywhere in the United States they better not get caught doing what we're alleging that they have done.

Larry: Well, you know that the, the thing is that you sent off this letter to President Barack Obama and if, if the reaction from the President is like any reaction from any Federal body, it's going to take forever and a day. Ah, but, but then again it seems like you have the time to wait, ahh...to finalize this, to get it taken care of and you're not, you're not stopping. I know one thing you just don't, you just don't quit and a....

Michael: We are people, and you have to use, you have to use everything that's, remember my first cousin is Al Roker his second Lenny Kravitz, uhm...we have other people in the family that have some influence and were trying to attack this on all fronts. It's not just the racism of Mr. Autery's death, it's the racism in the Hudson City School District, it's the racism within the Hudson City Police Department. We're trying to bring an effective change and change does not come slowly but what you've learned from Martin Luther King a man who's not afraid to die can accomplish anything.

Larry: Well, this is going to be interesting to see what happens. And I do hope that in the months ahead, keep me posted and if you wouldn't that be something if you heard from the President himself, of course that's...

Michael: Well, that's what we're hoping with Dan Duster that I told him the moment he gets it to Rom Emmanuel that it's before the President's desk to give me a call. What I promise to do for you Larry, since you put me on the radio last year and this year even though I have done a couple of other things on NPR I will call you first and I will give you the first initial interview once we speak to the President, I promise you that, so you can mark it down todays calendar that I Michael Elliot Moore promise that the moment I hear from the President I'm going to ask you to do an interview and I'm going to give you first opportunity.

Larry: Well that, I just hope, hope you hear from the President, and not somebody two, three, four layers down from the President, I hope you hear from the President himself, it would seem, no it would seem that Barack Obama would take an interest in this, you know and hopefully get in touch with you, Michael Elliot Moore it's been a pleasure talking with you this morning here on Upfront and I do wish you well with thus, and I am going to keep you up on that offer, you hear from President Barack Obama I want to hear from you.

Michael: Definitely Larry, thank you very much

Larry: Thank you very much Michael I appreciate it, good luck. That is Michael Elliot Moore and he is waiting to hear from the President and I'm waiting to hear from him. Thank you for listening to Upfront this morning here on 1420 WSBS radio station; I'm Larry Kratka, take care.